**Paul D. Polidoro**
**Associate General Counsel**
**WATCH TOWER BIBLE AND TRACT**
**SOCIETY OF PENNSYLVANIA**
Legal Department
100 Watchtower Drive
Patterson, NY 12563
Tel: 845-306-1000
Email: inboxlglipg@jw.org
**Attorney for Plaintiff**

### UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| **In Re DMCA Subpoena to Scribd, Inc..** | **Case No. 7:19-mc-260** |
| | **Declaration of Paul D. Polidoro in Support of Watch Tower Bible and Tract Society's Request to the Clerk for Issuance of Subpoena to Scribd, Inc, Pursuant to 17 U.S.C. § 512(h) to Identify Alleged Infringers** |

---

I, Paul D. Polidoro, counsel of record for Petitioner, Watch Tower Bible and Tract Society of Pennsylvania (hereinafter "Watch Tower"), in the above-referenced matter, hereby declare as follows:

1. I am authorized to act on behalf of Watch Tower.

2. I submit this declaration in support of Watch Tower's request for issuance of a subpoena to Scribd, Inc., pursuant to the Digital Millennium Copyright Act (DMCA) 17 U.S.C. § 512(h) (hereinafter "DMCA Subpoena"), to identify the user and account "Anonymous Ey4LZb".

3. Pursuant to 17 U.S.C. § 512 (c)(3)(A), Watch Tower submitted a notification to Scribd, Inc., identifying the infringing content posted on their website and

provided the information required by 17 U.S.C. § 512 (c)(3)(A). A true and accurate copy of the submitted notification is attached hereto as **Exhibit 1**.

4. The purpose for which this DMCA Subpoena is sought is to obtain the identity of an alleged infringer and such information will only be used for the purpose of protecting Watch Tower's rights under title 17 U.S.C. §§ 100, *et. seq*.

I declare under penalty of perjury under the laws of the State of New York and United States of America that the foregoing is true and correct. Executed this 16th day of May 2019.

Paul D. Polidoro
Associate General Counsel
SDNY Bar No. PP2509
WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA
Legal Department
100 Watchtower Drive
Patterson, NY 12563
Telephone: 845-306-1000
Facsimile: 845-306-0709
Attorney for Plaintiff