# EXHIBIT "1"

**From:** InboxLGLIPG
**To:** copyright@scribd.com
**Subject:** Scribd DMCA copyright infringement notification -- Anonymous Ey4LZb
**Date:** Thursday, May 9, 2019 4:42:00 PM

Dear Sir/Madam:

I represent Watch Tower Bible and Tract Society of Pennsylvania ("Watch Tower"). It has come to our attention that you are reproducing and distributing Watch Tower's intellectual property illegally and without authorization.

Below is the information needed for you to identify the unauthorized display of Watch Tower's intellectual property.

**Name of Infringing User:** Anonymous Ey4LZb

**Title Given to Infringing Material (if any):** 2019 "LOVE NEVER FAILS"! CONVENTION CONVENTION STAGE AND AUDIO/VIDEO GUIDE

**Description of Work Being Infringed:** My organization's literary work

**Link to Infringing Material:** https://www.scribd.com/document/409296864/CO-13-E

**Title of Work Being Infringed (if applicable):** CO-13-E 3/19

**Link to Lawful Display of Material(s) on Watch Tower's site:** This work is not publicly available on Watch Tower's site.

We hereby request that you take all steps necessary to immediately remove the infringing materials from your website. Advise us in writing within ten (10) days of the date of this letter whether or not you will take the requested action.

I have a good faith belief that use of the materials in the manner complained of is not authorized by the copyright owner, its agent, or the law.

I hereby state under penalty of perjury that this information is accurate, and that I am authorized to act on behalf of the owner of the infringed materials.

    Sincerely,

    *Paul Polidoro*

    Paul Polidoro
    Associate General Counsel

**Intellectual Property Owner:** Watch Tower Bible and Tract Society of Pennsylvania
**Company:** Watch Tower Bible and Tract Society of Pennsylvania
**Address:** 100 Watchtower Drive
**City, State, and Zip:** Patterson, NY 12563
**Name and Title:** Paul Polidoro, Associate General Counsel
**Attorney Address:** 100 Watchtower Drive, Patterson, NY 12563
**Email Address**: InboxLGLcopyright@jw.org
**Telephone:** 845-306-1000